IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00671-MSK-CBS

KARCHER NORTH AMERICA, INC.
a Delaware corporation,

      Plaintiff,

v.

RONALD WILLIAMS, and
SAPPHIRE SCIENTIFIC, INC.,
an Arizona corporation,

      Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

      THIS MATTER IS before the court on the parties' Joint Motion to Vacate Settlement Conference and Stay Litigation Proceedings (*doc # 24*) filed May 23, 2011. IT IS HEREBY ORDERED that the instant motion is GRANTED. The Scheduling Conference set for June 27, 2011 and the other deadlines set in the April 1, 2011 Order Resetting Rule 16(b) Scheduling Conference and Rule 26(f) Planning Meeting (*doc # 14*) are hereby VACATED.

      IT IS FURTHER ORDERED that this action is STAYED until June 13, 2011. On or before **June 13, 2011**, the parties shall file either a status report or appropriate dismissal paperwork pursuant to FED. R. CIV. P. 41.

**DATED:**    May 13, 2011